AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MORROW, MARGARET M. | United States District Court, CACD | 08/29/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
255 E. Temple Street, Ste. 770
Los Angeles, California 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Ninth Circuit Historical Society |
| 2. | Trustee | Bryn Mawr College - Board of Trustees |
| 3. | Trustee | Mayfield Senior School - Board of Trustees |
| 4. | Trustee | Trust #1 (Part VII, Page __, Line ___) |
| 5. | Power of Attorney | _____ Trust (Page ____ VII, Page ____, Line ___) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MORROW, MARGARET M.** | 08/29/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Defined Benefit Pension Payment from State of California | $134,401.44 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bryn Mawr College | April 28-30 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 2. | Bryn Mawr College | September 22-24 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MORROW, MARGARET M.** | 08/29/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Invesco Van Kampen Capital Growth Fund-A - IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | F | Int./Div. | P1 | T | | | | | |
| 4. - Cash equivalent - Morgan Stanley | | | | | | | | | |
| 5. - Amgen Inc. - common stock | | | | | Sold (part) | 07/14/11 | J | A | |
| 6. - Sanofi-Aventis ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 7. - The Bank of New York Mellon Corporation - common stock | | | | | Sold | 05/05/11 | J | A | |
| 8. - Cisco Systems Inc. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 9. | | | | | Sold (part) | 11/18/11 | J | A | |
| 10. - General Electric Company - common stock | | | | | | | | | |
| 11. - JP Morgan Chase & Company - common stock | | | | | Buy (add'l) | 01/13/11 | J | | |
| 12. | | | | | Sold | 05/05/11 | J | B | |
| 13. - Microsoft Corporation - common stock | | | | | | | | | |
| 14. - Royal Dutch Shell PLC ADR - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 15. | | | | | Sold (part) | 11/18/11 | J | A | |
| 16. - AT&T Inc. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 17. - Schlumberger Ltd. - common stock | | | | | Sold (part) | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 68

**Name of Person Reporting**

MORROW, MARGARET M.

**Date of Report**

08/29/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Siemens AG ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 19. - UBS AG - common stock | | | | | Sold | 05/05/11 | J | A | |
| 20. - Comcast Corp CL A Special New -- common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 21. | | | | | Sold (part) | 12/02/11 | J | A | |
| 22. - Eaton Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 23. | | | | | Buy | 06/07/11 | J | | |
| 24. | | | | | Buy | 06/07/11 | J | | |
| 25. - Procter & Gamble - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 26. - Monsanto Co. - common stock | | | | | | | | | |
| 27. - Kraft Foods Inc. - common stock | | | | | Sold | 01/04/11 | J | A | |
| 28. - Progress Energy Inc. - common stock | | | | | Sold | 10/11/11 | J | A | |
| 29. - Vodafone Group PLC ADR - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 30. | | | | | Sold (part) | 11/18/11 | J | A | |
| 31. - CVS Caremark Corp. - common stock | | | | | | | | | |
| 32. - Kroger Co. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 33. - Adobe Systems Inc. - common stock | | | | | Buy | 01/19/11 | J | | |
| 34. | | | | | Sold | 05/05/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Barrick Gold Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 36. - El Paso Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 37. - Google Inc. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 38. | | | | | Sold (part) | 11/18/11 | J | A | |
| 39. - Hewlett Packard Co. - common stock | | | | | Buy | 01/19/11 | J | | |
| 40. | | | | | Sold | 05/05/11 | J | | |
| 41. - Stericycle Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 42. - Coca-Cola Co. - common stock | | | | | Buy | 05/05/11 | J | | |
| 43. | | | | | Sold (part) | 05/26/11 | J | A | |
| 44. - Teva Pharmaceutical Industries Ltd. ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 45. - Texas Instruments Inc. - common stock | | | | | | | | | |
| 46. - Amazon.com Inc. - common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 47. - AON Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 48. -Archer-Daniels-Midland Co. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 49. - Caterpillar Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 50. - Charles Schwab Corp. - common stock | | | | | | | | | |
| 51. - Chevron Corp. - common stock | | | | | Sold (part) | 05/09/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Cummins Inc. - common stock | | | | | Buy | 09/09/11 | J | | |
| 53.  - Delta Airlines, Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 54.  - First Solar Inc. - common stock | | | | | Sold | 04/29/11 | J | A | |
| 55.  - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 56.  - Intel Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 57.  - Intuit Inc. - common stock | | | | | Buy | 08/19/11 | J | | |
| 58.  - Juniper Networks Inc. - common stock | | | | | | | | | |
| 59.  - Nvidia Corporation - common stock | | | | | Sold (part) | 05/17/11 | J | A | |
| 60. | | | | | Sold (part) | 07/14/11 | J | | |
| 61. | | | | | Sold | 08/12/11 | J | | |
| 62.  - PNC Financial Services Group - common stock | | | | | Sold | 05/05/11 | J | A | |
| 63.  - Rockwell Collins Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 64.  - Suntrust Banks Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 65.  - Time Warner Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 66.  - Weatherford Int'l. Ltd. - common stock | | | | | | | | | |
| 67.  - Wells Fargo & Co. - common stock | | | | | Buy (add'l) | 01/05/11 | J | | |
| 68. | | | | | Sold | 05/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Broadcom Corp - common stock | | | | | | | | | |
| 70. - Societe Generale ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 71. - Xerox Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 72. - Akamai Technologies Inc. - common stock | | | | | | | | | |
| 73. - Alcatel-Lucent ADS - common stock | | | | | Sold | 02/24/11 | J | A | |
| 74. - Allegheny Technologies Inc. - common stock | | | | | Sold | 05/05/11 | J | B | |
| 75. - Alumina Ltd. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 76. - Ameren Corp. - common stock | | | | | Sold | 02/03/11 | J | | |
| 77. - Anadarko Petroleum Corp. - common stock | | | | | Sold (part) | 05/05/11 | J | A | |
| 78. | | | | | Sold (part) | 11/18/11 | J | A | |
| 79. | | | | | Sold (part) | 12/02/11 | J | A | |
| 80. - Anglogold Ashanti Limited - common stock | | | | | Sold | 05/05/11 | J | A | |
| 81. - Annaly Capital Mgmt. Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 82. - Autodesk Inc. - common stock | | | | | Sold (part) | 05/05/11 | J | A | |
| 83. - Bed Bath & Beyond Inc. - common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 84. - Biogen Idec Inc. - common stock | | | | | Sold (part) | 05/05/11 | J | A | |
| 85. | | | | | Sold (part) | 11/18/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 12/02/11 | J | A | |
| 87. - Blackrock Inc. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 88. - Brandywine Realty TR SBI - common stock | | | | | Sold | 05/05/11 | J | A | |
| 89. - Broadridge Financial Solutions, Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 90. - Cablevision Systems Corp. - common stock | | | | | Sold (part) | 05/05/11 | J | B | |
| 91. - Cameco Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 92. - Carnival Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 93. - Celgene Corp. - common stock | | | | | | | | | |
| 94. - Centrais Elec Bras ADR - preferred stock | | | | | Sold | 05/05/11 | J | A | |
| 95. - Chubb Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 96. - Colonial Properites TR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 97. - Compass Minerals Int'l. Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 98. - Consolidated Edison Inc. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 99. - Covidien PLC New -- common stock | | | | | Sold (part) | 05/05/11 | J | A | |
| 100. - Cree Research Inc. - common stock | | | | | | | | | |
| 101. - Dai Nipppn Ptrg. Ltd. Japan - common stock | | | | | Sold | 05/05/11 | J | A | |
| 102. - Daiwa House Industries Ltd. ADR - common stock | | | | | Sold | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Dreamworks Animation SKG Inc. - common stock | | | | | Sold | 03/01/11 | J | | |
| 104. - Deere & Co. -- common stock | | | | | Buy | 06/10/11 | J | | |
| 105. - Ebay Inc. - common stock | | | | | | | | | |
| 106. - Endurance Specialty Hldgs. Ltd. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 107. - Entergy Corp. - common stock | | | | | Sold | 05/05/11 | J | | |
| 108. - Expedia Inc. - common stock | | | | | Sold | 02/25/11 | J | A | |
| 109. - Fluor Corp. - common stock | | | | | | | | | |
| 110. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 111. - Fujifilm Hldgs Corp. ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 112. - Genuine Parts Co. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 113. - Genzyme Corp. - common stock | | | | | Sold (part) | 02/17/11 | J | A | |
| 114. | | | | | Sold | 05/05/11 | J | A | |
| 115. - Gold Fields Ltd. ADS - common stock | | | | | Sold | 05/05/11 | J | A | |
| 116. - Goldman Sachs Group Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 117. - Great Plains Energy Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 118. - Hachijuni Bank Ltd. ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 119. - Hasbro Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - HCP Incorporated - common stock | | | | | Sold | 05/09/11 | J | A | |
| 121. | | | | | Buy | 11/09/11 | J | | |
| 122. - Health Care REIT Inc. - common stock | | | | | | | | | |
| 123. - Hertz Global Holdings Inc. - common stock | | | | | Sold | 05/05/11 | J | B | |
| 124. - Hess Corporation - common stock | | | | | Sold | 05/05/11 | J | A | |
| 125. - Home Depot Inc. - common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 126. | | | | | Sold (part) | 12/02/11 | J | A | |
| 127. - Impala Platinum Hldgs Ltd. ADR - common stock | | | | | Sold | 01/21/11 | J | A | |
| 128. - Ivanhoe Mines Ltd. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 129. - Johnson & Johnson - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 130. - Korea Electric Power Corp. ADS - common stock | | | | | Sold | 05/05/11 | J | A | |
| 131. - L-3 Communications Holdings Inc. - common stock | | | | | | | | | |
| 132. - Liberty Global Inc. - common stock | | | | | Sold | 03/31/11 | J | A | |
| 133. - Liberty Media Starz Series A - common stock | | | | | Sold | 05/31/11 | J | A | |
| 134. - The Directv Group Class A - common stock | | | | | | | | | |
| 135. - Liberty Media Hldg. Capital Series A - common stock | | | | | Sold (part) | 05/05/11 | J | C | |
| 136. - Liberty Media Hldg SR A Inter - common stock | | | | | Sold (part) | 05/05/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - M&T Bank Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 138. - Magna Int'l. Inc. - common stock | | | | | Sold | 01/13/11 | J | A | |
| 139. - Mattel Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 140. - Millicom Int'l. Cellular SA - common stock | | | | | Sold | 05/05/11 | J | A | |
| 141. - MS&AD Ins. Group Holdings Inc. - common stock | | | | | Sold | 05/05/11 | J | | |
| 142. - Monster Worldwide Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 143. - Nasdaq OMX Group Inc. - common stock | | | | | | | | | |
| 144. - National Oilwell Varco Inc. - common stock | | | | | Sold (part) | 05/05/11 | J | A | |
| 145. - Newcrest Mining Ltd. ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 146. - Newmont Mining Corp. - common stock | | | | | Sold | 01/10/11 | J | | |
| 147. - Nexen Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 148. - Nippon Telegraph & Telephone ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 149. - Nisource Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 150. - NYSE Euronext - common stock | | | | | Sold | 01/31/11 | J | A | |
| 151. - Old Republic Int'l. Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 152. - Pall Corporation - common stock | | | | | | | | | |
| 153. - Panasonic Corp. - common stock | | | | | Sold | 05/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Pepsico Inc. - common stock | | | | | | | | | |
| 155. - Qualcomm Inc. - common stock | | | | | Buy | 08/05/11 | J | | |
| 156. - Range Resources Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 157. - Roper Industries Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 158. - Seagate Technology Holdings - common stock | | | | | Sold (part) | 05/05/11 | J | A | |
| 159. - Sekisui House Ltd. ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 160. - Sempra Energy - common stock | | | | | Sold | 05/05/11 | J | A | |
| 161. - Seven & I Holdings Co. Ltd. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 162. - Shiseido Ltd Spon ADR - common stock | | | | | Sold | 05/05/11 | J | | |
| 163. - SK Telecom Co. Ltd. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 164. - SPDR Gold TR Gold SHS - common stock | | | | | Buy (add'l) | 05/04/11 | J | | |
| 165. | | | | | Sold (part) | 05/05/11 | J | A | |
| 166. | | | | | Sold (part) | 11/15/11 | J | A | |
| 167. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 168. - St. Jude Medical Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 169. - Suncor Energy Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 170. - Swisscom AG ADR - common stock | | | | | Sold | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Target Corporation - common stock | | | | | Sold | 05/05/11 | J | A | |
| 172. - Tele & Data Systems Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 173. - Telecom Italia SPA - common stock | | | | | Sold | 05/05/11 | J | A | |
| 174. - TE Connectivity Ltd. New - common stock | | | | | | | | | |
| 175. - Tyco International Ltd. - common stock | | | | | Sold (part) | 05/05/11 | J | A | See Note in Part VIII |
| 176. | | | | | Sold (part) | 11/18/11 | J | A | |
| 177. - Ultra Petroleum Corp. - common stock | | | | | Sold | 05/05/11 | J | | |
| 178. - Unitedhealth Group Inc. - common stock | | | | | Sold (part) | 05/05/11 | J | B | |
| 179. | | | | | Sold (part) | 11/18/11 | J | A | |
| 180. | | | | | Sold (part) | 12/02/11 | J | A | |
| 181. - Vertex Pharmaceuticals - common stock | | | | | | | | | |
| 182. - Wacoal Hldgs. Corp. ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 183. - Xcel Energy Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 184. - Exxon Mobil Corporation - common stock | | | | | Sold | 05/05/11 | J | A | |
| 185. - Zimmer Hldgs. Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 186. - Zions Bancorp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 187. - Sumitomo Trust & Banking Co. - ADR - common stock | | | | | Sold | 05/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Agnico Eagle Mines Ltd. - common stock | | | | | Sold | 01/05/11 | J | | |
| 189. - Allstate Corporation - common stock | | | | | Sold | 05/05/11 | J | A | |
| 190. - Analog Devices - common stock | | | | | Sold | 05/05/11 | J | A | |
| 191. - AMC Networks Inc. CL A - common stock | | | | | Spinoff (from line 90) | 06/30/11 | J | A | See note in Part VIII |
| 192. - Apache - common stock | | | | | | | | | |
| 193. - Axis Capital Holdings Ltd. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 194. - Canadian Nat'l. Railway Co. - common stock | | | | | Sold | 01/27/11 | J | A | |
| 195. - Carrefour SA ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 196. - Chimera Investment Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 197. - Cliffs Natural Resources - common stock | | | | | Sold | 05/05/11 | J | A | |
| 198. - Clorox Co. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 199. - Cognizant Tech. Solutions - common stock | | | | | Sold | 05/05/11 | J | B | |
| 200. - Corning Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 201. - Delaware Diversified Inc. - mutual fund | | | | | Sold (part) | 01/13/11 | K | C | |
| 202. | | | | | Sold (part) | 04/21/11 | K | C | |
| 203. | | | | | Sold (part) | 08/11/11 | J | A | |
| 204. | | | | | Buy (add'l) | 12/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Devon Energy Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 206. - Discovery Communications Ser A - common stock | | | | | Sold | 05/05/11 | J | A | |
| 207. - Dow Chemical Co. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 208. - Dr. Reddy's Laboratories Ltd. - common stock | | | | | Sold | 02/23/11 | J | A | |
| 209. - Embraer S A ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 210. - Emerson Electric - common stock | | | | | Sold | 05/05/11 | J | A | |
| 211. - FMC Technologies Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 212. - Ford Motor Co. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 213. - Givaudian SA ADR - common stock | | | | | Sold | 02/09/11 | J | A | |
| 214. - Greenhill & Co. Inc. - common stock | | | | | Sold | 02/01/11 | J | | |
| 215. - H J Heinz Co. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 216. - Halliburton Co. - common stock | | | | | Sold (part) | 05/05/11 | J | A | |
| 217. | | | | | Sold | 06/05/11 | J | A | |
| 218. | | | | | Buy | 08/19/11 | J | | |
| 219. | | | | | Sold | 11/08/11 | J | | |
| 220. - Icici Bank Ltd. - common stock | | | | | Sold | 01/31/11 | J | | |
| 221. - International Paper Co. - common stock | | | | | Sold | 05/05/11 | J | A | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - ITC Holdings - common stock | | | | | Sold | 05/05/11 | J | A | |
| 223. - JP Morgan Chase BK N A Columbus Ohio DJIA Linked CD | | | | | | | | | |
| 224. - KAO Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 225. - Kinross Gold Corp. - common stock | | | | | Sold | 05/05/11 | J | | |
| 226. - Lord Abbett Floating Rate - mutual fund | | | | | Buy (add'l) | 01/13/11 | K | | |
| 227. | | | | | Sold (part) | 04/21/11 | K | C | |
| 228. | | | | | Sold (part) | 08/10/11 | J | A | |
| 229. - Lord Abbett Sht Dur Inc A - mutual fund | | | | | Buy | 08/11/11 | K | | |
| 230. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 231. - Managers Bond Fund - mutual fund | | | | | Sold | 01/13/11 | K | D | |
| 232. | | | | | Buy | 08/11/11 | K | | |
| 233. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 234. - Metropolitan West Hi Yld Bd M - mutual fund | | | | | Buy | 12/16/11 | K | | |
| 235. - Marathon Oil Co. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 236. - Marriott Int'l. Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 237. - Merck & Co. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 238. - Metlife Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - MFA Financial Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 240. - Microchip Technology Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 241. - Morgan Stanley - common stock | | | | | Sold | 05/05/11 | J | A | |
| 242. - Mosaic Company (The) - common stock | | | | | Sold | 05/05/11 | J | A | |
| 243. - National Fuel Gas Co. - common stock | | | | | Sold | 05/05/11 | J | B | |
| 244. - New York Community Bancorp Inc. - common stock | | | | | Sold | 11/09/11 | J | | |
| 245. - Nintendo Co. Ltd. ADR - common stock | | | | | Sold | 05/05/11 | J | | |
| 246. - Nokia Corp. ADR - common stock | | | | | Sold | 05/05/11 | J | | |
| 247. - Nucor Corp. - common stock | | | | | | | | | |
| 248. - Occidental Petroleum Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 249. - Omnicom Group - common stock | | | | | Sold | 05/05/11 | J | A | |
| 250. - Perrigo Co. - common stock | | | | | Sold | 05/05/11 | J | B | |
| 251. - PG&E Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 252. - Pimco Total Return - mutual fund | | | | | Sold (part) | 01/13/11 | K | B | |
| 253. | | | | | Sold (part) | 04/21/11 | K | B | |
| 254. | | | | | Sold (part) | 08/11/11 | J | A | |
| 255. | | | | | Buy (add'l) | 12/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 12/22/11 | J | A | |
| 257. - Plexus Corp. - common stock | | | | | Sold | 02/01/11 | J | A | |
| 258. - Regions Financial Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 259. - Rohm Co. Ltd. ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 260. - Sandisk Corp. - common stock | | | | | Sold (part) | 05/05/11 | J | B | |
| 261. | | | | | Sold (part) | 11/18/11 | J | A | |
| 262. - Scana Corp. - common stock | | | | | Sold | 06/10/11 | J | A | |
| 263. - Tata Motors Ltd. - common stock | | | | | Sold | 02/23/11 | J | | |
| 264. - TCW Total Return - mutual fund | | | | | Sold (part) | 01/13/11 | K | | |
| 265. | | | | | Sold (part) | 04/21/11 | J | | |
| 266. | | | | | Sold (part) | 08/11/11 | J | | |
| 267. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 268. - Templeton Global Bd Fd Adv - | | | | | Sold (part) | 01/13/11 | K | D | |
| 269. | | | | | Sold (part) | 04/21/11 | J | C | |
| 270. | | | | | Sold (part) | 08/11/11 | J | A | |
| 271. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 272. - Transdigm Group Inc - common stock | | | | | Sold | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Verizon Communications - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 274. | | | | | Sold (part) | 11/18/11 | J | A | |
| 275. - Virtus Multi-Sector S/T Bond - mutual fund | | | | | Sold (part) | 01/13/11 | K | D | |
| 276. | | | | | Sold (part) | 04/21/11 | K | A | |
| 277. | | | | | Sold (part) | 08/11/11 | J | A | |
| 278. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 279. - Virtus Multi Sect Sht Trm BD I - | | | | | Buy (add'l) | 12/13/11 | J | | |
| 280. - Virtus Senior Floating Rate 1 - mutual fund | | | | | Buy | 12/16/11 | K | | |
| 281. - Webmd Health Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 282. - Wolters Kluwer NV ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 283. - Yahoo Inc. - common stock | | | | | Sold | 07/20/11 | J | A | |
| 284. - BANK OF AMERICA - Corp. Bond (BAA9) | | | | | Sold | 04/07/11 | J | A | |
| 285. - FEDERAL HOME LOAN MTG. CORP. - Gov. Bond (1/30/14) | | | | | Sold | 04/28/11 | J | A | |
| 286. - FEDERAL NAT'L. MTG. ASSN. - Gov. Bond (MW41) | | | | | Buy (add'l) | 01/25/11 | J | | |
| 287. | | | | | Sold | 04/28/11 | J | A | |
| 288. - GOLDMAN SACHS GROUP INC. - Corp. Bond (FAA9) | | | | | Sold | 04/28/11 | J | A | |
| 289. - U.S. TREASURY NOTE - Gov. Bond (8BH2) | | | | | Sold | 04/28/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - U.S. TREASURY NOTE - Gov. Bond (8FQ8) | | | | | Buy (add'l) | 02/18/11 | J | | |
| 291. | | | | | Sold | 04/28/11 | K | A | |
| 292. - U.S. TREASURY NOTE - Gov. Bond | | | | | Sold | 04/28/11 | J | | |
| 293. - WACHOVIA CORP. - Corp. Bond (3AJ1) | | | | | Buy (add'l) | 02/18/11 | J | | |
| 294. | | | | | Sold | 04/28/11 | J | A | |
| 295. - AMERICAN EXPRESS - Corp. Bond (6BA6) | | | | | Sold | 04/28/11 | J | A | |
| 296. - A T & T Inc. - Corp. Bond (RAJ1) | | | | | Sold | 04/28/11 | J | A | |
| 297. - CISCO SYSTEMS INC. - Corp. Bond (RAE2) | | | | | Sold | 01/25/11 | J | A | |
| 298. - GOLDMAN SACHS - Corp. Bond (GMF1) | | | | | Sold | 04/28/11 | J | A | |
| 299. - MERRILL LYNCH & CO. - Corp. Bond (YM40) | | | | | Sold | 04/28/11 | J | A | |
| 300. - TIME WARNER CABLE - Corp. Bond (JAH1) | | | | | Sold | 04/28/11 | J | A | |
| 301. - FED. NAT'L MGT. ASSN - Gov. Bond (ATL6) | | | | | Sold | 01/20/11 | J | A | |
| 302. - U.S. TREASURY NOTE - Gov. Bond (8LY4) | | | | | Sold | 04/28/11 | J | A | |
| 303. - U.S. TREASURY NOTE - Gov. Bond (8NT3) | | | | | Sold | 04/28/11 | J | | |
| 304. - U.S. TREASURY NOTE - Gov. Bond (8XL6) | | | | | Sold | 04/28/11 | K | A | |
| 305. - FEDERAL NAT'L. MTG. ASSN. - Gov. Bond (MPF4) | | | | | Sold | 04/28/11 | J | A | |
| 306. - JPMORGAN CHASE & Co. - Corp. Bond (HHN3) | | | | | Sold | 01/19/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - VERIZON WIRELESS - Corp. Bond (SAP5) | | | | | Sold | 04/28/11 | J | A | |
| 308. - COMCAST CORP. - Corp. Bond (NBA8) | | | | | Sold | 04/28/11 | J | A | |
| 309. - BB&T CORP. - Corp. Bond | | | | | Sold | 04/28/11 | J | A | |
| 310. - Bank Deposit Sweep Program - | | | | | Buy | 01/31/11 | J | | |
| 311. - ENTERPRISE PRODU - Corp. Bond (9VAP8) | | | | | Sold | 04/28/11 | J | | |
| 312. - Lake Tahoe Calif Uni Sch Dist Go BDS - muni bond (2LT1) | | | K | W | Buy | 01/07/11 | M | | MMM personal account |
| 313. - GENERAL ELECTRIC CAP CORP. - Corp. Bond (G4J0) | | | | | Sold | 02/09/11 | J | A | |
| 314. - KRAFT FOODS INC. - Corp. Bond | | | | | Sold | 04/28/11 | J | A | |
| 315. - ROYAL BANK OF SCOTLAND - Corp. Bond (XAG6) | | | | | Sold | 04/28/11 | J | A | |
| 316. - SHELL INT'L. FIN. - Corp. Bond (2AQ5) | | | | | Sold | 04/28/11 | J | | |
| 317. - Wells Fargo Bank - Account | A | Interest | K | T | Open | | | | personal account |
| 318. - Union Bank - Account | A | Interest | K | T | Open | | | | personal account |
| 319. - Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | A | Interest | K | T | Open | | | | personal account |
| 320. - Activision Blizzard Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 321. - Albemarle Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 322. - Allianz SE ADS - common stock | | | | | Sold | 05/05/11 | J | A | |
| 323. - Apple Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy | 08/05/11 | J | | |
| 325. - Assured Guaranty Ltd. - common stock | | | | | Sold | 01/31/11 | J | | |
| 326. - Astrazeneca PLC ADS - common stock | | | | | | | | | |
| 327. - Babcock & Wilcox Company - common stock | | | | | Sold | 05/05/11 | J | A | |
| 328. - Bank of America Corp. - common stock | | | | | Sold | 05/05/11 | J | | |
| 329. - Borg Warner Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 330. - Bristol Myers Squibb Co. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 331. | | | | | Sold (part) | 10/11/11 | J | A | |
| 332. - Cigna CP - common stock | | | | | Sold | 05/05/11 | J | A | |
| 333. - Clean Harbors - common stock | | | | | Sold | 05/05/11 | J | A | |
| 334. - Colgate Palmolive Co. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 335. - Comcast Corp. (New) Class A - common stock | | | | | Sold | 05/05/11 | J | A | |
| 336. - Crown Holdings Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 337. - Dolby Class A common stock | | | | | | | | | |
| 338. - Electricite De France ADR - common stock | | | | | Sold | 05/05/11 | J | | |
| 339. - EMC Corp. Mass - common stock | | | | | Sold | 05/05/11 | J | A | |
| 340. | | | | | Buy | 10/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - ETFS Palladium Trust - common stock | | | | | Sold | 03/10/11 | J | A | |
| 342. - ETFS Platinum Trust - common stock | | | | | Sold | 03/10/11 | J | A | |
| 343. - Expeditors Intl Wash Inc. - common stock | | | | | Sold | 03/25/11 | J | A | |
| 344. - Finmeccanica Spa Roma - common stock | | | | | Sold | 05/05/11 | J | A | |
| 345. - Gazprom O A O Spon ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 346. - Glaxosmithkline PLC ADS - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 347. - Global Payment Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 348. - Grupo Financiero Galicia SA AD - common stock | | | | | Sold | 02/17/11 | J | A | |
| 349. - Hain Celestial Group Inc. - common stock | | | | | Sold | 01/10/11 | J | A | |
| 350. - HSN Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 351. - Hudson City Bancorp Inc. - common stock | | | | | Sold | 05/05/11 | J | | |
| 352. - Hyatt Hotels Corp. Com - common stock | | | | | Sold | 05/05/11 | J | A | |
| 353. - Immunogen Inc. - common stock | | | | | | | | | |
| 354. - Isis Pharmaceuticals Inc. - common stock | | | | | | | | | |
| 355. - Israel Chemicals Ltd ADR - common stock | | | | | Sold | 05/03/11 | J | | |
| 356. - Johnson Controls Incorporated - common stock | | | | | Sold | 05/05/11 | J | A | |
| 357. - Keycorp New - common stock | | | | | Sold | 05/05/11 | J | A | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Las Vegas Sands Corp. - common stock | | | | | Sold | 01/28/11 | J | | |
| 359. - Legg Mason BW Global Opp Bd FI - mutual fund | | | | | Sold (part) | 01/13/11 | K | B | |
| 360. | | | | | Sold (part) | 04/21/11 | J | B | |
| 361. | | | | | Sold (part) | 08/11/11 | J | A | |
| 362. - Legg Mason WA Corp BD 1 - | | | | | Buy | 08/11/11 | K | | |
| 363. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 364. - Loomis Sayles Strategic Income A - mutual fund | | | | | Sold | 01/13/11 | K | B | |
| 365. - MBIA Inc. - common stock | | | | | Sold | 03/02/11 | J | | |
| 366. - Mc Donalds Corp. - common stock | | | | | | | | | |
| 367. - Mc Graw Hill Companies Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 368. - McKeeson Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 369. - MGM Resorts International - common stock | | | | | Sold | 02/23/11 | J | | |
| 370. - Nalco Holding Company - common stock | | | | | Sold | 02/24/11 | J | A | |
| 371. - NextEra Energy Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 372. - Novo Nordisk A/S ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 373. - Novozymes A/S Unspons ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 374. - Oracle Corp. - common stock | | | | | Sold (part) | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Peabody Energy Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 376. - Pfizer Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 377. - Philip Morris International Inc. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 378. - Phillips Van Heusen - common stock | | | | | Sold | 05/05/11 | J | A | |
| 379. - PPL Corporation - common stock | | | | | Buy (add'l) | 05/09/11 | J | | |
| 380. - Proshares Ultrashort QQQ ETF - common stock (QID) | | | | | Sold | 05/05/11 | J | | |
| 381. - Proshares Ultrashort Russell20 - common stock (TWM) | | | | | Sold | 05/05/11 | J | | |
| 382. - Proshares Ultrashort S&P500 - common stock (SDS) | | | | | Sold | 05/05/11 | J | | |
| 383. - Prudential Financial Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 384. - Putnam Diversified Income Trust A - mutual fund | | | | | Sold | 01/13/11 | K | A | |
| 385. - Robert Half International Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 386. - Seadrill Ltd - common stock | | | | | Sold | 05/05/11 | J | | |
| 387. - SLM Corporation - common stock | | | | | Sold | 05/05/11 | J | A | |
| 388. - Sotheby's Class A - common stock | | | | | Sold | 05/05/11 | J | A | |
| 389. - Statoil ASA ADR - common stock | | | | | Sold | 05/05/11 | J | A | |
| 390. - Takeda Pharmaceutical Co Ltd. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 391. - TCW Emerging Markets Income N - mutual fund | | | | | Sold (part) | 01/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 04/21/11 | J | A | |
| 393. | | | | | Sold (part) | 08/11/11 | J | | |
| 394. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 395. - Madison Square Garden Inc. Class A - common stock | | | | | Sold | 03/30/11 | J | A | |
| 396. - Pimco Emerging Local Bond A - mutual fund | | | | | Sold (part) | 04/21/11 | J | A | |
| 397. | | | | | Sold (part) | 08/11/11 | J | | |
| 398. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 399. - Tenaris S.A. - common stock | | | | | Sold | 02/14/11 | J | A | |
| 400. - Thermo Fisher Scientific Inc. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 401. - Toyota Motor Corp. ADR New - common stock | | | | | Sold | 05/05/11 | J | A | |
| 402. - Treehouse Foods Inc. - common stock | | | | | Sold | 01/06/11 | J | A | |
| 403. - United Continental Holdings Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 404. - United States Steel Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 405. - Valero Energy Corp. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 406. - Verisk Analytics - common stock | | | | | Sold | 05/05/11 | J | A | |
| 407. - Visa Inc. - common stock | | | | | Buy (add'l) | 05/05/11 | J | | |
| 408. - Waddell & Reed Financial Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.   - Walt Disney Co. Holding Co. - common stock | | | | | Sold | 01/04/11 | J | A | |
| 410. | | | | | Buy | 01/28/11 | J | | |
| 411. | | | | | Buy (add'l) | 05/05/11 | J | | |
| 412.   - Waste Management Inc. - common stock | | | | | Sold | 05/05/11 | J | A | |
| 413.   - Wynn Macau Ltd Unspon ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 414.   - Wynn Resorts Ltd - common stock | | | | | Sold | 05/05/11 | J | A | |
| 415.   - Unit AAM Covered Call & Income Strategies Closed end fund | | | | | | | | | |
| 416.   - Protective Life - common stock | | | | | Buy | 01/04/11 | J | | |
| 417. | | | | | Sold | 05/05/11 | J | | |
| 418.   - Fifth Third Bancorp Ohio - common stock | | | | | Buy | 01/05/11 | J | | |
| 419. | | | | | Sold | 05/05/11 | J | | |
| 420.   - Anheuser Busch Inbev SA Spon - common stock | | | | | Buy | 01/06/11 | J | | |
| 421.   - Home Retail Group ADR - common stock | | | | | Buy | 01/06/11 | J | | |
| 422. | | | | | Sold | 05/05/11 | J | A | |
| 423.   - MF Global Holdings Ltd Com - common stock | | | | | Buy | 01/11/11 | J | | |
| 424. | | | | | Sold | 05/05/11 | J | | |
| 425.   - Proshares Short 20+Treasury (TBF) - common stock | | | | | Buy | 01/13/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 04/21/11 | K | | |
| 427. | | | | | Sold | 07/12/11 | K | | |
| 428. - Blackrock Strategic Inc Opp A Prospectus - mutual fund | | | | | Buy | 01/13/11 | K | | |
| 429. | | | | | Sold (part) | 04/21/11 | J | | |
| 430. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 431. | | | | | Sold | 12/22/11 | K | | |
| 432. - Goldman Sachs Strategic Inc A Prospectus - mutual fund | | | | | Buy | 01/13/11 | K | | |
| 433. | | | | | Sold (part) | 04/21/11 | J | | |
| 434. | | | | | Sold (part) | 08/11/11 | J | | |
| 435. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 436. - Pimco Unconstrained Bd A - mutual fund | | | | | Buy | 01/13/11 | K | | |
| 437. | | | | | Sold (part) | 04/21/11 | J | A | |
| 438. | | | | | Sold (part) | 08/11/11 | J | | |
| 439. | | | | | Sold | 11/03/11 | K | | |
| 440. - Virtus Senior Floating Rate A - mutual fund | | | | | Buy | 01/13/11 | L | | |
| 441. | | | | | Sold (part) | 04/21/11 | K | | |
| 442. | | | | | Sold (part) | 08/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 68

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

08/29/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Virtus Multi Sector Fixed Inc A - mutual fund | | | | | Buy | 01/13/11 | K | | |
| 444. | | | | | Sold (part) | 04/21/11 | J | A | |
| 445. | | | | | Sold (part) | 08/11/11 | J | | |
| 446. - Invesco Ltd - common stock | | | | | Buy | 01/19/11 | J | | |
| 447. | | | | | Sold | 05/05/11 | J | | |
| 448. - JP Morgan Chase & Co. (HHS2) - bond | | | | | Buy | 01/19/11 | J | | |
| 449. | | | | | Sold | 04/28/11 | J | A | |
| 450. - Federal National Mortgage Ass'n (A2S0) - bond | | | | | Buy | 01/20/11 | J | | |
| 451. | | | | | Sold | 04/28/11 | J | A | |
| 452. - Avery Dennison Corporation - common stock | | | | | Buy | 02/03/11 | J | | |
| 453. | | | | | Sold | 05/05/11 | J | A | |
| 454. - United Technologies Corp. - common stock | | | | | Buy | 02/03/11 | J | | |
| 455. | | | | | Sold | 05/05/11 | J | A | |
| 456. - General Electric Cap Corp. bond (2SM8) | | | | | Buy | 02/10/11 | J | | |
| 457. | | | | | Sold | 04/28/11 | J | A | |
| 458. - Verifone Systems Inc. - common stock | | | | | Buy | 02/15/11 | J | | |
| 459. | | | | | Sold | 05/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 68

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

08/29/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Interdigital Inc. - common stock | | | | | Buy | 02/16/11 | J | | |
| 461. | | | | | Sold | 05/05/11 | J | | |
| 462. - PT Telekomunikasi Indonesia - common stock | | | | | Buy | 02/17/11 | J | | |
| 463. | | | | | Sold | 05/05/11 | J | A | |
| 464. - Continental Resources Inc. - common stock | | | | | Buy | 02/18/11 | J | | |
| 465. | | | | | Sold | 04/14/11 | J | A | |
| 466. - East Japan Railway Co ADR - common stock | | | | | Buy | 02/23/11 | J | | |
| 467. | | | | | Sold | 05/05/11 | J | | |
| 468. - First American Financial Corp. - common stock | | | | | Buy | 02/23/11 | J | | |
| 469. | | | | | Sold | 05/05/11 | J | | |
| 470. - CME Group - common stock | | | | | Buy | 02/24/11 | J | | |
| 471. - EOG Resources Inc. - common stock | | | | | Buy | 02/24/11 | J | | |
| 472. | | | | | Sold | 05/05/11 | J | | |
| 473. | | | | | Buy | 10/04/11 | J | | |
| 474. - NetApp Inc. - common stock | | | | | Buy | 02/24/11 | J | | |
| 475. - Human Genome Sciences Inc. - common stock Ok | | | | | Buy | 02/28/11 | J | | |
| 476. - Marsh & McLennan Companies Inc. - common stock | | | | | Buy | 02/28/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 05/05/11 | J | | |
| 478. - Norfolk Southern Corp. - common stock | | | | | Buy | 02/28/11 | J | | |
| 479. | | | | | Sold | 05/05/11 | J | A | |
| 480. - Kirby Corporation - common stock | | | | | Buy | 03/02/11 | J | | |
| 481. | | | | | Sold | 05/05/11 | J | | |
| 482. - Boston Scientific - common stock | | | | | Buy | 03/07/11 | J | | |
| 483. | | | | | Sold | 05/05/11 | J | A | |
| 484. - Imperial Oil Ltd Com New - common stock | | | | | Buy | 03/07/11 | J | | |
| 485. | | | | | Sold | 05/05/11 | J | | |
| 486. - Haemonetics Corp. - common stock | | | | | Buy | 03/10/11 | J | | |
| 487. | | | | | Sold | 05/05/11 | J | A | |
| 488. - Navistar International Corp. - common stock | | | | | Buy | 03/10/11 | J | | |
| 489. | | | | | Sold | 05/05/11 | J | A | |
| 490. - NXP Semiconductors NV - common stock | | | | | Buy | 03/16/11 | J | | |
| 491. | | | | | Sold | 05/05/11 | J | A | |
| 492. - United Parcel Service Inc. Class B - common stock | | | | | Buy | 03/16/11 | J | | |
| 493. - Teekay Corp. - common stock | | | | | Buy | 03/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold | 05/05/11 | J | | |
| 495. - Chicago Bridge & Iron Co. N.V. - common stock | | | | | Buy | 03/21/11 | J | | |
| 496. | | | | | Sold | 05/05/11 | J | | |
| 497. - Rovi Corporation - common stock | | | | | Buy | 03/21/11 | J | | |
| 498. | | | | | Sold | 05/05/11 | J | | |
| 499. - Discover Financial Services - common stock | | | | | Buy | 03/23/11 | J | | |
| 500. | | | | | Sold | 05/05/11 | J | B | |
| 501. - Komatsu Ltd Spon ADR New - common stock | | | | | Buy | 03/28/11 | J | | |
| 502. | | | | | Sold | 05/05/11 | J | A | |
| 503. - Trinity Industries Inc. - common stock | | | | | Buy | 04/07/11 | J | | |
| 504. | | | | | Sold | 05/05/11 | J | | |
| 505. - Federal Home Loan Mortgage Corp. (4VC5) - bond | | | | | Buy | 04/07/11 | J | | |
| 506. | | | | | Sold | 04/28/11 | J | A | |
| 507. - Nordstrom Inc. - common stock | | | | | Buy | 04/21/11 | J | | |
| 508. | | | | | Sold | 05/05/11 | J | A | |
| 509. - MFF Orion FT FD - managed future | | | | | Buy | 04/21/11 | L | | |
| 510. - Skybridge Multi-Advisor Hedge fund | | | | | Buy | 04/21/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 68

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

08/29/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 12/31/11 | J | | |
| 512. - Energy XXI Bermuda Ltd Com New - common stock | | | | | Buy | 04/21/11 | J | | |
| 513. | | | | | Sold | 05/05/11 | J | | |
| 514. - TW Telecom Inc. Class A - common stock | | | | | Buy | 04/28/11 | J | | |
| 515. | | | | | Sold | 05/05/11 | J | A | |
| 516. - Wabco Holdings Inc. - common stock | | | | | Buy | 05/02/11 | J | | |
| 517. | | | | | Sold | 05/05/11 | J | | |
| 518. - BlackRock All-CP Energy Res A - mutual fund | | | | | Buy | 05/04/11 | K | | |
| 519. | | | | | Sold (part) | 11/15/11 | J | | |
| 520. - Cohen & Steers Global Realty Foc I - mutual fund | | | | | Buy | 05/04/11 | J | | |
| 521. | | | | | Sold (part) | 11/15/11 | J | | |
| 522. - Eaton Vance Commodity Strategy A - mutual fund | | | | | Buy | 05/04/11 | K | | |
| 523. | | | | | Sold (part) | 11/15/11 | J | | |
| 524. - Hartford Floating Rate I - mutual fund | | | | | Buy | 12/16/11 | K | | |
| 525. - ING Global Real Estate A - mutual fund | | | | | Buy | 05/04/11 | J | | |
| 526. | | | | | Sold | 12/16/11 | J | | |
| 527. - ING Global Real Estate FD I - mutual fund | | | | | Buy | 12/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 68

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

08/29/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - PIMCO Commodity Real Ret Strat A - mutual fund | | | | | Buy | 05/04/11 | K | | |
| 529. | | | | | Sold (part) | 11/15/11 | J | | |
| 530. - RS Global Natural Resources A - mutual fund | | | | | Buy | 05/04/11 | K | | |
| 531. | | | | | Sold (part) | 11/15/11 | J | | |
| 532. - Abbott Laboratories - common stock | | | | | Buy | 05/05/11 | J | | |
| 533. - Altria Group Inc. - common stock | | | | | Buy | 05/05/11 | J | | |
| 534. - BCE Inc. (New) - common stock | | | | | Buy | 05/05/11 | J | | |
| 535. - Centurylink Inc. - common stock | | | | | Buy | 05/05/11 | J | | |
| 536. - Cincinnati Financial Ohio - common stock | | | | | Buy | 05/05/11 | J | | |
| 537. - Citrix Systems Inc. - common stock | | | | | Buy | 05/05/11 | J | | |
| 538. - Conocophillips - common stock | | | | | Buy | 05/05/11 | J | | |
| 539. - Daiichi Sankyo Co. - common stock | | | | | Buy | 03/28/11 | J | | |
| 540. | | | | | Sold | 05/05/11 | J | A | |
| 541. - Dominion Res Inc. (New) - common stock | | | | | Buy | 05/05/11 | J | | |
| 542. | | | | | Sold (part) | 11/09/11 | J | | |
| 543. - Duke Energy Corp. Holding Co. - common stock | | | | | Buy | 05/05/11 | J | | |
| 544. - Hospitality Properties TR Com SBI - common stock | | | | | Buy | 05/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 36 of 68

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

08/29/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold | 06/09/11 | J | | |
| 546. - Kimberly Clark Corp. - common stock | | | | | Buy | 05/05/11 | J | | |
| 547. - Eli Lilly & Co. - common stock | | | | | Buy | 05/05/11 | J | | |
| 548. - Lorillard Inc. - common stock | | | | | Buy | 05/05/11 | J | | |
| 549. - Natl Grid Transco PLC ADS - common stock | | | | | Buy | 05/05/11 | J | | |
| 550. - Reynolds American Inc. - common stock | | | | | Buy | 05/05/11 | J | | |
| 551. - Senior Housing Properties Trust - common stock | | | | | Buy | 05/05/11 | J | | |
| 552. | | | | | Sold | 06/10/11 | J | | |
| 553. - Southern Co. - common stock | | | | | Buy | 05/05/11 | J | | |
| 554. - Telefonica SA ADR - common stock | | | | | Buy | 05/05/11 | J | | |
| 555. - Total Fina Elf SA - common stock | | | | | Buy | 05/05/11 | J | | |
| 556. - Unilever PLC (New) ADS - common stock | | | | | Buy | 05/05/11 | J | | |
| 557. - Windstream Corp. - common stock | | | | | Buy | 05/05/11 | J | | |
| 558. - Columbia Select LG CP Growth Z - mutual fund | | | | | Buy | 12/02/11 | K | | |
| 559. - Columbia Income Opport A - mutual fund | | | | | Buy | 12/13/11 | J | | |
| 560. | | | | | Buy (add'l) | 12/16/11 | K | | |
| 561. - Invesco Developing Markets A - mutual fund | | | | | Buy | 05/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 68

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

08/29/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 11/18/11 | J | | |
| 563. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 564.   - Nuveen Tradewinds Global All CP A - mutual fund | | | | | Buy | 05/05/11 | L | | |
| 565. | | | | | Sold (part) | 07/27/11 | J | | |
| 566. | | | | | Sold (part) | 11/18/11 | J | | |
| 567.   - Royce Premier Service - mutual fund | | | | | Buy | 05/05/11 | K | | |
| 568. | | | | | Sold (part) | 07/27/11 | K | | |
| 569. | | | | | Sold (part) | 11/18/11 | J | | |
| 570.   - Thornburg Int'l Value A - mutual fund | | | | | Buy | 05/05/11 | L | | |
| 571. | | | | | Sold (part) | 07/27/11 | J | | |
| 572. | | | | | Sold (part) | 11/18/11 | J | | |
| 573. | | | | | Sold (part) | 12/02/11 | K | | |
| 574.   - Virtus Insight Emerging Markets I - mutual fund | | | | | Buy | 05/05/11 | J | | |
| 575. | | | | | Sold (part) | 07/27/11 | J | A | |
| 576. | | | | | Sold (part) | 11/18/11 | J | | |
| 577. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 578.   - Sanofi CVR RTS - common stock | | | | | Buy | 05/05/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting | MORROW, MARGARET M. | Date of Report 08/29/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Sold | 05/10/11 | J | A | |
| 580. - Nike Inc. B - common stock | | | | | Buy | 06/07/11 | J | | |
| 581. - Cameron Intnl Corp - common stock | | | | | Buy | 06/23/11 | J | | |
| 582. - Duff & Phelps Global Equity - common stock | | | | | Buy | 07/26/11 | K | | |
| 583. | | | | | | | | | |
| 584. | | | | | | | | | |
| 585. BROKERAGE ACCOUNT #2 - TRUST #1 | E | Int./Div. | P1 | T | | | | | |
| 586. - Cash equivalent - Morgan Stanley' | | | | | | | | | |
| 587. - Ameren Corp. - common stock | | | | | Sold | 02/03/11 | K | | |
| 588. - Sanofi-Aventis ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 589. - Eaton Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 590. | | | | | Buy | 06/07/11 | J | | |
| 591. - General Electric Inc. - common stock | | | | | Sold (part) | 02/10/11 | J | | |
| 592. - Genuine Parts Co. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 593. - JP Morgan Chase & Co. - common stock | | | | | Buy (add'l) | 01/13/11 | J | | |
| 594. | | | | | Sold | 02/10/11 | J | A | |
| 595. - Pepsico Inc. - common stock | | | | | Buy (add'l) | 10/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.  - Royal Dutch Shell PLC - common stock | | | | | Buy (add'l) | 02/10/11 | J | | |
| 597. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 598. | | | | | Sold (part) | 11/18/11 | J | A | |
| 599.  - AMC Networks Inc CL A - common stock | | | | | Spinoff (from line 662) | 06/30/11 | J | A | See Note in Part VIII |
| 600.  - AT&T - common stock | | | | | Buy (add'l) | 02/10/11 | J | | |
| 601. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 602.  - Schlumberger Ltd. - common stock | | | | | Sold (part) | 02/10/11 | J | A | |
| 603.  - Siemens AG ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 604.  - UBS AG-CHF - common stock | | | | | Sold | 01/10/11 | J | A | |
| 605.  - LOS GATOS CALIF JT UN HIGH SCH - Muni. Bond (5PS2) | | | | | Sold | 04/20/11 | K | A | |
| 606.  - CALIF. ST. ECONOMY RECY - Muni. Bond (JLP4) | | | | | Sold | 04/20/11 | K | A | |
| 607.  - LOS ANGELES CALIF CCD G/O REF - Muni. Bond (CEP3) | | | | | Sold | 04/20/11 | K | | |
| 608.  - LOS ANGELES CNTY CALIF MTA - Muni. Bond (2B43) | | | | | Sold | 04/20/11 | K | A | |
| 609.  - SAN DIEGO CALIF. CMNTY COLL. - Muni. Bond (2DF5) | | | | | Sold | 04/20/11 | K | | |
| 610.  - SIMI VY CALIF SCH - Muni. Bond (4AR6) | | | | | Sold | 04/20/11 | J | | |
| 611.  -GROSSMONT-CUYAMACA CALIF. CMNTY. - Muni. Bond (7CSO) | | | | | Sold | 04/20/11 | K | A | |
| 612.  - RIVERSIDE CNTY. PALM DESERT CA - Muni. Bond (GBA7) | | | | | Sold | 04/20/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  - CA. ST. UNIV TRUSTEES S/W REV SER-A - Muni. Bond | | | | | Sold | 04/20/11 | K | | |
| 614.  - OREGON ST. GENL OBLIG SER-A - Muni. Bond | | | | | Sold | 04/20/11 | K | B | |
| 615.  - CA. ST. DEPT WTR RES CENT VLY - Muni. Bond | | | | | Sold | 04/20/11 | K | A | |
| 616.  - CA. EDL FACS AUTH USC - Muni. Bond | | | | | Sold | 04/20/11 | K | | |
| 617.  - Bank of New York Mellon Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 618.  - Procter & Gamble - common stock | | | | | | | | | |
| 619.  - Monsanto Company - common stock | | | | | | | | | |
| 620.  Aegon NV ADR -- common stock | | | | | Sold | | J | A | See Note in Part VIII |
| 621.  - Praxair Inc. - common stock | | | | | | | | | |
| 622.  - Kraft Foods - common stock | | | | | Sold | 01/04/11 | J | A | |
| 623.  - Nisource Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 624.  - Progress Energy Inc. - common stock | | | | | Sold | 10/11/11 | J | A | |
| 625.  - Teva Pharmaceutical Inds. Ltd. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 626.  - Vodafone Group PLC ADR - common stock | | | | | Buy (add'l) | 02/10/11 | J | | |
| 627. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 628. | | | | | Sold (part) | 12/02/11 | J | A | |
| 629.  - Brandywine Realty Trust - common stock | | | | | Sold | 02/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - CVS Caremark Corporation - common stock | | | | | | | | | |
| 631. - Kroger Co. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 632. - Broadridge Financial Solutions - common stock | | | | | Sold | 02/10/11 | J | A | |
| 633. - Barrick Gold Corp. CAD - common stock | | | | | Sold | 02/10/11 | J | A | |
| 634. - Colonial PPTYS Trust SBI - common stock | | | | | Sold | 02/10/11 | J | | |
| 635. - El Paso Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 636. - Health Care REIT - common stock | | | | | | | | | |
| 637. - Hewlett Packard Co. - common stock | | | | | Buy | 01/19/11 | J | | |
| 638. | | | | | Sold | 02/10/11 | J | A | |
| 639. - Coca Cola Company - common stock | | | | | Buy (add'l) | 02/10/11 | J | | |
| 640. - Coca Cola Enterprises Inc. - common stock | | | | | Buy (add'l) | 05/23/11 | J | | |
| 641. - Goldman Sachs Group Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 642. - Google Inc. - common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 643. - HCP Inc. - common stock | | | | | Sold (part) | 05/09/11 | J | A | |
| 644. | | | | | Sold | 07/26/11 | J | A | |
| 645. | | | | | Buy | 11/09/11 | J | | |
| 646. - Juniper Networks Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. - NYSE Euronext - common stock | | | | | Sold | 01/31/11 | J | A | |
| 648. - Qualcomm Inc. - common stock | | | | | Buy | 07/29/11 | J | | |
| 649. - Schwab Charles Corporation - common stock | | | | | | | | | |
| 650. - Time Warner Inc. - common stock | | | | | | | | | |
| 651. - Xerox Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 652. - Amazon.com Inc. - common stock | | | | | Buy (add'l) | 05/23/11 | J | | |
| 653. | | | | | Sold (part) | 07/26/11 | J | A | |
| 654. | | | | | Sold (part) | 10/04/11 | J | A | |
| 655. | | | | | Sold (part) | 12/02/11 | J | A | |
| 656. - Amgen Inc. - common stock | | | | | | | | | |
| 657. - Anadarko Petroleum Corporation - common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 658. | | | | | Sold (part) | 12/02/11 | J | A | |
| 659. - Annaly Capital Management Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 660. - AON Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 661. -Archer-Daniels Midland Co. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 662. - Cablevision Systems Corporation - common stock | | | | | | | | | |
| 663. - Caterpillar Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Celgene Corporation - common stock | | | | | | | | | |
| 665. - Chevron Corporation - common stock | | | | | Sold (part) | 03/03/11 | J | A | |
| 666. | | | | | Sold (part) | 05/09/11 | J | A | |
| 667. - Cintas Corporation - common stock | | | | | | | | | |
| 668. - Cisco Systems Inc. - common stock | | | | | Buy (add'l) | 05/23/11 | J | | |
| 669. - Covidien Ltd. - common stock | | | | | | | | | |
| 670. - Delta Airlines Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 671. - Dreamworks Animation Inc. - common stock | | | | | Sold | 02/10/11 | J | | |
| 672. - Endurance Specialty Hldgs. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 673. - EOG Resources Inc. - common stock | | | | | Buy | 10/04/11 | J | | |
| 674. - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 675. - Genzyme Corporation - common stock | | | | | Buy | 02/10/11 | J | | |
| 676. | | | | | Sold | 02/17/11 | J | A | |
| 677. - Great Plains Energy Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 678. - Hasbro Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 679. - Hertz Global Holdings Inc. - common stock | | | | | Sold | 02/10/11 | J | B | |
| 680. - Ivanhoe Mines Ltd. CAD - common stock | | | | | Sold | 02/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

MORROW, MARGARET M.

08/29/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | | | | | |
| 682. - Lord Abbett High Yield Muni Bond Fund - mutual fund | | | | | Buy (add'l) | 06/02/11 | J | | |
| 683. - Mattel Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 684. - Microsoft Corporation - common stock | | | | | Buy (add'l) | 05/23/11 | J | | |
| 685. - Millicom International Cellular - common stock | | | | | Sold | 02/10/11 | J | A | |
| 686. - NASDAQ OMX Group, Inc. - common stock | | | | | | | | | |
| 687. - Old Republic International Corp. - common stock | | | | | Sold | 02/10/11 | J | | |
| 688. - PNC Financial Services Group - common stock | | | | | Sold | 02/10/11 | J | A | |
| 689. - Rockwell Collins Inc. - common stoak | | | | | Sold | 02/10/11 | J | A | |
| 690. - Sempra Energy - common stock | | | | | Sold | 02/10/11 | J | A | |
| 691. - SPDR Gold Trust - ETF | | | | | Sold | 02/10/11 | J | A | |
| 692. | | | | | Buy | 06/01/11 | J | | |
| 693. - Suntrust Banks Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 694. - Telephone & Data Systems Inc. - common stock | | | | | Sold | 02/10/11 | J | | |
| 695. - Texas Instruments Inc. - common stock | | | | | | | | | |
| 696. - Time Warner Cable - common stock | | | | | Sold | 02/10/11 | J | A | |
| 697. - Ultra Petroleum Corporation - common stock | | | | | Sold | 02/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  - Weatherford International Ltd. - common stock | | | | | Buy (add'l) | 05/23/11 | J | | |
| 699.  - Wells Fargo & Company - common stock | | | | | Buy (add'l) | 01/05/11 | J | | |
| 700. | | | | | Sold | 02/10/11 | J | A | |
| 701.  - Xcel Energy Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 702.  - Societe Generale Spon ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 703.  - Adobe Systems - common stock | | | | | Buy | 01/19/11 | J | | |
| 704. | | | | | Sold | 02/10/11 | J | | |
| 705.  - Anglogold Ashanti Limited - common stock | | | | | Sold | 02/10/11 | J | A | |
| 706.  - Compass Minerals Int'l. Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 707.  - Consolidated Edison Inc. - common stock | | | | | | | | | |
| 708.  - Entergy Corp. - common stock | | | | | Sold | 02/10/11 | J | | |
| 709.  - Fluor Corp. - common stock | | | | | | | | | |
| 710.  - Hess Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 711.  - Newmont Mining Corp. - common stock | | | | | Sold | 01/10/11 | J | A | |
| 712.  - Nippon Telegraph & Telephone ADS - common stock | | | | | Sold | 02/10/11 | J | A | |
| 713.  - Range Resources Corp. - common stock | | | | | Sold | 02/10/11 | J | | |
| 714.  - St. Jude Medical Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

MORROW, MARGARET M.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  - Exxon Mobil Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 716.  - Zimmer Holdings Inc. - common stock | | | | | Sold | 02/10/11 | J | | |
| 717.  - Zions Bancorp - common stock | | | | | Sold | 02/10/11 | J | A | |
| 718.  - Akamai Technologies Inc. - common stock | | | | | Buy (add'l) | 07/29/11 | J | | |
| 719.  - Alcatel - Lucent ADS - common stock | | | | | Sold | 02/10/11 | J | A | |
| 720.  - Allegheny Technologies Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 721.  - Alumina Ltd. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 722.  - Autodesk Delaware - common stockc | | | | | | | | | |
| 723.  - Bed Bath & Beyond - common stock | | | | | | | | | |
| 724.  - Biogen Idec Inc. - common stock | | | | | Buy (add'l) | 05/23/11 | J | | |
| 725. | | | | | Sold (part) | 07/26/11 | J | A | |
| 726. | | | | | Sold (part) | 11/18/11 | J | A | |
| 727. | | | | | Sold (part) | 12/02/11 | J | A | |
| 728.  - Blackrock Inc. - common stock | | | | | | | | | |
| 729.  - Broadcom Corp. - common stock | | | | | | | | | |
| 730.  - Cameco Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 731.  - Carnival Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - Chubb Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 733. - Comcast Corp. CL A Special New - common stock (CMCSK) | | | | | Buy (add'l) | 05/23/11 | J | | |
| 734. | | | | | Sold (part) | 11/18/11 | J | A | |
| 735. | | | | | Sold (part) | 12/02/11 | J | A | |
| 736. - Cree Research Inc. - common stock | | | | | | | | | |
| 737. - Dai Nippn Prtg. Ltd. Japan - common stock | | | | | Sold | 02/10/11 | J | A | |
| 738. - Daiwa House Industry Co. Ltd. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 739. - Dolby Class A common stock (formerly Dolby Labs Inc.) | | | | | | | | | |
| 740. - Ebay Inc. - common stock | | | | | Sold (part) | 12/02/11 | J | A | |
| 741. - Expedia Inc. - common stock | | | | | Sold | 02/10/11 | J | B | |
| 742. - First Solar Inc. - common stock | | | | | Sold | 04/29/11 | J | A | |
| 743. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 744. - FujiFilm Hldgs Corp. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 745. - Gold Fields Ltd. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 746. - Hachijuni Bank Ltd ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 747. - Home Depot Inc. - common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 748. | | | | | Sold (part) | 12/02/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Impala Platinum Hldgs Ltd. ADR - common stock | | | | | Sold | 01/21/11 | J | A | |
| 750. - Intel Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 751. - Johnson & Johnson - common stock | | | | | Buy (add'l) | 02/10/11 | J | | |
| 752. - Korea Electric Power Corp. ADS - common stock | | | | | Sold | 02/10/11 | J | A | |
| 753. - L-3 Communications Hldgs Inc. - common stock | | | | | | | | | |
| 754. - Liberty Global Inc. - common stock | | | | | Sold | 04/04/11 | J | A | |
| 755. - Liberty Media Starz Series A - common stock | | | | | Sold | 06/01/11 | J | A | |
| 756. - Lorillard Inc.-- common stock | | | | | | | | | |
| 757. - The Directv Group Class A - common stock | | | | | | | | | |
| 758. - Liberty Media Hldg Series A Interactive - common stock | | | | | | | | | |
| 759. - Liberty Media Corp. Hldg Capital Series A - common stock | | | | | | | | | |
| 760. - M&T Bancorp - common stock | | | | | Sold | 02/10/11 | J | A | |
| 761. - Magna Int'l. Inc. - common stock | | | | | Sold | 01/13/11 | J | A | |
| 762. - MS&AD Ins. Group Holdings Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 763. - Monster Worldwide Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 764. - National Oilwell Varco Inc. - common stock | | | | | Buy (add'l) | 02/07/11 | J | | |
| 765. | | | | | Sold (part) | 02/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

MORROW, MARGARET M.

08/29/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - Newcrest Mining Ltd. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 767. - Nexen Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 768. - Nvidia Corporation - common stock | | | | | Sold | 08/12/11 | J | A | |
| 769. - Pall Corporation - common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 770. - Panasonic Corp. ADR - common stock | | | | | Sold | 02/10/11 | J | | |
| 771. - Roper Industries Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 772. - Seagate Technology Hldgs. - common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 773. - Sekisui House Ltd. ADR - common stock | | | | | Sold | 02/10/11 | K | A | |
| 774. - Seven & I Hldgs Co. Ltd. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 775. - Shiseido Ltd. ADR - common stock | | | | | Sold | 02/10/11 | J | | |
| 776. - SK Telecom Co. Ltd. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 777. - Stericycle Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 778. - Sumitomo TR & BK Co. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 779. - Suncor Energy Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 780. - Swisscom AG ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 781. - Target Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 782. - Telecom Italia SpA SVGS SH - common stock | | | | | Sold | 02/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783.   - TE Connectivity Ltd. New - common stock | | | | | | | | | |
| 784.   - Tyco International Ltd. - common stock | | | | | Sold (part) | 02/10/11 | J | A | See Note in Part VIII |
| 785.   - Unitedhealth Group Inc. - common stock | | | | | Sold (part) | 02/10/11 | J | A | |
| 786. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 787. | | | | | Sold (part) | 12/02/11 | J | A | |
| 788.   - Vertex Pharmaceuticals - common stock | | | | | | | | | |
| 789.   - Wacoal Hldgs. Corp. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 790.   - Agnico Eagle Miles Ltd. - common stock | | | | | Sold | 01/06/11 | J | | |
| 791.   - Allstate Corporation - common sstock | | | | | Sold | 02/10/11 | J | A | |
| 792.   - Analog Devices Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 793.   - Apache Corporation - common stock | | | | | | | | | |
| 794.   - Axis Capital Holdings Ltd. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 795.   - Canadian National Railway Co. - common stock | | | | | Sold | 01/27/11 | J | A | |
| 796.   - Carrefour SA ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 797.   - Chimera Investment Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 798.   - Cliffs Natural Resources Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 799.   - Clorox Co. DE - common stock | | | | | Sold | 02/10/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - Cognizant Tech. Solutions - common stock | | | | | Sold | 02/10/11 | J | B | |
| 801. - Corning Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 802. - Delaware Tx-Fr USA Intermed A - mutual fund | | | | | Buy (add'l) | 06/02/11 | J | | |
| 803. - Devon Energy Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 804. - Discovery Communications Ser A - common stock | | | | | Sold | 02/10/11 | J | A | |
| 805. - Dow Chemical Co. - common stock | | | | | Sold | 02/10/11 | J | B | |
| 806. - Dr. Reddy's Laboratories Ltd. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 807. - DWS Intermediate Tax/Amt Fr A - mutual fund | | | | | Buy (add'l) | 06/01/11 | J | | |
| 808. - Embraer S A ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 809. - Emerson Electric Company - common stock | | | | | Sold | 02/10/11 | J | A | |
| 810. - EV Hi Yld Muni Income A - mutual fund | | | | | | | | | |
| 811. - FMC Technologies Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 812. - Ford Motor Company - common stock | | | | | Sold | 02/10/11 | J | A | |
| 813. - Givaudian SA ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 814. - Greenhill & Company Inc. - common stock | | | | | Sold | 02/02/11 | J | | |
| 815. - H. J. Heinz Company - common stock | | | | | Buy (add'l) | 02/10/11 | J | | |
| 816. | | | | | Buy (add'l) | 05/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

MORROW, MARGARET M.

08/29/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - Halliburton Company - common stock | | | | | Sold | 02/10/11 | J | A | |
| 818. | | | | | Buy | 08/19/11 | J | | |
| 819. | | | | | Sold | 11/08/11 | J | | |
| 820. - Icici Bank Ltd. - common stock | | | | | Sold | 01/31/11 | J | | |
| 821. - Intuit Inc. - common stock | | | | | Buy | 08/19/11 | J | | |
| 822. - KAO Corporation ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 823. - Kinross Gold Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 824. - Marathon Oil Company - common stock | | | | | Sold | 02/10/11 | J | A | |
| 825. - Marriott Int'l Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 826. - Merck & Co. Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 827. - Metlife Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 828. - MFA Financial Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 829. - Polaris LP (formerly MGD FUT HV Class A) - common stock | | | | | Sold | 05/13/11 | K | B | |
| 830. - MGD FUT LV Class A - common stock | | | | | Sold | 05/13/11 | K | | |
| 831. - Microchip Technology Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 832. - Morgan Stanley - common stock | | | | | Sold | 02/10/11 | J | A | |
| 833. - Mosaic Company (The) - common stock | | | | | Sold | 02/10/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. - National Fuel Gas Co. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 835. - New York Community Bancorp Inc. - common stock | | | | | Sold | 11/09/11 | J | A | |
| 836. - Nintendo Co. Ltd. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 837. - Nokia Corporation ADR - common stock | | | | | Sold | 02/10/11 | J | | |
| 838. - Nucor Corporation - common stock | | | | | | | | | |
| 839. - Occidental Petroleum Corp. DE - common stock | | | | | Sold | 02/10/11 | J | A | |
| 840. - Omnicon Group - common stock | | | | | Sold | 02/10/11 | J | A | |
| 841. - Perrigo Company - common stock | | | | | Sold | 02/10/11 | J | A | |
| 842. - PG&E Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 843. - Plexus Corporation - common stock | | | | | Sold | 02/01/11 | J | A | |
| 844. - Regions Financial Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 845. - Rohm Co. Ltd. ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 846. - Sandisk Corporation - common stock | | | | | Sold (part) | 11/18/11 | J | A | |
| 847. - Scana Corporation - common stock | | | | | Sold | 06/10/11 | J | A | |
| 848. - State Street Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 849. - Tata Motors Ltd. - common stock | | | | | Sold | 02/10/11 | J | | |
| 850. - Transdigm Group Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - Verizon Communications - common stock | | | | | Buy (add'l) | 02/10/11 | J | | |
| 852. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 853. | | | | | Sold (part) | 12/02/11 | J | A | |
| 854. - Webmd Health Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 855. - Western Asst GLB CP DEF OPP FD - common stock | | | | | | | | | |
| 856. - Wolters Kluwer NV ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 857. - Yahoo Inc. - common stock | | | | | Sold | 07/26/11 | J | A | |
| 858. - Activision Blizzard Inc. - common stock | | | | | Sold | 02/10/11 | J | | |
| 859. - Albemarle Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 860. - Allianz SE ADS - common stock | | | | | Sold | 02/10/11 | J | A | |
| 861. - Anheuser Busch Inbev SA Spon - common stock | | | | | | | | | |
| 862. - Apple Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 863. | | | | | Buy | 08/05/11 | J | | |
| 864. - Assured Guaranty Ltd - common stock | | | | | Sold | 01/31/11 | J | A | |
| 865. - Astrazeneca PLC ADS - common stock | | | | | Buy (add'l) | 05/23/11 | J | | |
| 866. - Babcock & Wilcox Company - common stock | | | | | Sold | 02/10/11 | J | | |
| 867. - Bank of America Corp. - common stock | | | | | Sold | 02/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - Blackrock National Muni A - mutual fund | | | | | Buy (add'l) | 06/02/11 | K | | |
| 869. - Borg Warner Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 870. - Bristol Myers Squibb Co. - common stock | | | | | Buy (add'l) | 02/10/11 | J | | |
| 871. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 872. | | | | | Sold (part) | 10/11/11 | J | A | |
| 873. - Cigna CP - common stock | | | | | Sold | 02/10/11 | J | A | |
| 874. - Citrix Systems Inc. - common stock | | | | | | | | | |
| 875. - Clean Harbors - common stock | | | | | Sold | 02/10/11 | J | A | |
| 876. - Clearbridge Energy MLP FD Inc. - common stock | | | | | | | | | |
| 877. - Colgate Palmolive Co. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 878. - Comcast Corp (New) Class A common stock | | | | | Sold | 02/10/11 | J | A | |
| 879. - Crown Holdings Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 880. - Cummins Inc. - common stock | | | | | Buy | 09/09/11 | J | | |
| 881. - Electricite de France ADR - common stock | | | | | Sold | 02/10/11 | J | | |
| 882. - EMC Corp Mass - common stock | | | | | Sold | 02/10/11 | J | A | |
| 883. | | | | | Buy | 10/18/11 | J | | |
| 884. - ETFS Palladium Trust - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. - ETFS Platinum Trust - common stock | | | | | | | | | |
| 886. - Expeditors Intl Wash Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 887. - Finmeccanica SpA Roma - common stock | | | | | Sold | 02/10/11 | J | A | |
| 888. - Gazprom O A O Spon ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 889. - Glaxosmithkline PLC ADS - common stock | | | | | Buy (add'l) | 05/23/11 | J | | |
| 890. - Global Payment Inc - common stock | | | | | Sold | 02/10/11 | J | A | |
| 891. - Grupo Financiero Galicia SA AD - common stock | | | | | Sold | 02/10/11 | J | A | |
| 892. - Hain Celestial Group Inc. - common stock | | | | | Sold | 01/11/11 | J | A | |
| 893. - HSN Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 894. - Hudson City Bancorp Inc. - common stock | | | | | Sold | 02/10/11 | J | | |
| 895. - Hyatt Hotels Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 896. - Immunogen Inc. - common stock | | | | | | | | | |
| 897. - International Paper Co. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 898. - Isis Pharmaceutical Inc. - common stock | | | | | | | | | |
| 899. - Israel Chemicals Ltd ADR - common stock | | | | | Sold | 02/10/11 | J | | |
| 900. - ITC Holdings - common stock | | | | | Sold | 02/10/11 | J | A | |
| 901. - Johnson Controls Incorporated - common stock | | | | | Sold | 02/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 57 of 68

MORROW, MARGARET M.

08/29/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. - Kayne and Midstream/Energy Fund Inc. - common stock | | | | | | | | | |
| 903. - Keycorp New - common stock | | | | | Sold | 02/10/11 | J | A | |
| 904. - Las Vegas Sands Corporation - common stock | | | | | Sold | 01/28/11 | J | | |
| 905. - Madison Square Garden Inc. Class A common stock | | | | | Sold | 03/30/11 | J | A | |
| 906. - MBIA Inc. - common stock | | | | | Sold | 02/10/11 | J | | |
| 907. - Mc Donalds Corp. - common stock | | | | | | | | | |
| 908. - McGraw Hill Companies Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 909. - McKesson Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 910. - MFS Muni High Income A - mutual fund | | | | | Buy (add'l) | 06/02/11 | J | | |
| 911. - Nalco Holding Company - common stock | | | | | Sold | 02/10/11 | J | A | |
| 912. - Nextera Energy Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 913. - Novo Nordisk A/S ADR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 914. - Novozymes A/S Unspons APR - common stock | | | | | Sold | 02/10/11 | J | A | |
| 915. - Oracle Corp. - common stock | | | | | | | | | |
| 916. - Peabody Energy Corp. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 917. - Pfizer Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 918. - Philip Morris Int'l Inc. - common stock | | | | | Sold | 01/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 58 of 68

MORROW, MARGARET M.

08/29/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Buy | 02/10/11 | J | | |
| 920. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 921. - Phillips Van Heusen - common stock | | | | | Sold | 02/10/11 | J | A | |
| 922. - Legg Mason WA Intrm Muni Inst. - mutual fund | | | | | Buy (add'l) | 06/02/11 | K | | |
| 923. - Pioneer High Income Muni A - mutual fund | | | | | Buy (add'l) | 06/02/11 | J | | |
| 924. - PPL Corporation - common stock | | | | | Sold | 02/10/11 | J | | |
| 925. | | | | | Buy | 05/09/11 | J | | |
| 926. | | | | | Buy (add'l) | 06/09/11 | J | | |
| 927. - Proshares Ultrashort QQQ ETF (QID) - common stock | | | | | Sold | 02/10/11 | J | | |
| 928. - Proshares Ultrashort Russell20 (TWM) - common stock | | | | | Sold | 02/10/11 | J | | |
| 929. - Proshares Ultrashort S&P500 (SDS) - common stock | | | | | Sold | 02/10/11 | J | | |
| 930. - Prudential Financial Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 931. - Robert Half Int. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 932. - Seadrill Ltd - common stock | | | | | Sold | 02/10/11 | J | A | |
| 933. - SLM Corporation - common stock | | | | | Sold | 02/10/11 | J | A | |
| 934. - Sotheby's Class A - common stock | | | | | Sold | 02/10/11 | J | A | |
| 935. - Statoil ASA ADR - common stock | | | | | Sold | 02/10/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. - Takeda Pharmaceutical Co. LTD - common stock | | | | | Sold | 02/10/11 | J | A | |
| 937. - Tenaris S.A. - common stock | | | | | Sold | 02/08/11 | J | A | |
| 938. - Thermo Fisher Scientific Inc. - common stock | | | | | | | | | |
| 939. - Toyota Motor CP ADR New - common stock | | | | | Sold | 02/10/11 | J | A | |
| 940. - Treehouse Foods Inc. - common stock | | | | | Sold | 01/05/11 | J | A | |
| 941. - United Continental Holdings Inc. - common stock | | | | | Sold | 02/10/11 | J | A | |
| 942. - United States Steel Corp. (New) - common stock | | | | | Sold | 02/10/11 | J | A | |
| 943. - Valero Energy Corp. Delaware New - common stock | | | | | Sold | 02/10/11 | J | A | |
| 944. - Verisk Analytics Class A common stock | | | | | Sold | 02/10/11 | J | A | |
| 945. - Visa Inc. Class A common stock | | | | | Sold (part) | 12/02/11 | J | A | |
| 946. - Waddell & Reed Financial Inc. Class A common stock | | | | | Sold | 02/10/11 | J | A | |
| 947. - Walt Disney Co. Holding Co. - common stock | | | | | Sold | 01/04/11 | J | A | |
| 948. | | | | | Buy | 01/28/11 | J | | |
| 949. | | | | | Buy (add'l) | 02/10/11 | J | | |
| 950. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 951. - Waste Management Inc. (Dela.) - common stock | | | | | Sold | 02/10/11 | J | A | |
| 952. - Wynn Macau Ltd Unspon ADR - common stock | | | | | Sold | 02/10/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953. - Wynn Resorts Ltd - common stock | | | | | Sold | 02/10/11 | J | A | |
| 954. - Protective Life CP - common stock | | | | | Buy | 01/04/11 | J | | |
| 955. | | | | | Sold | 02/10/11 | J | A | |
| 956. - Fifth 3rd Bancorp Ohio - common stock | | | | | Buy | 01/05/11 | J | | |
| 957. | | | | | Sold | 02/10/11 | J | A | |
| 958. - Home Retail Group ADR - common stock | | | | | Buy | 01/06/11 | J | | |
| 959. | | | | | Sold | 02/10/11 | J | A | |
| 960. - MF Global Holdings Ltd Com - common stock | | | | | Buy | 01/11/11 | J | | |
| 961. | | | | | Sold | 02/10/11 | J | | |
| 962. - MGM Resorts International - common stock | | | | | Buy | 01/11/11 | J | | |
| 963. | | | | | Sold | 02/10/11 | J | | |
| 964. - Invesco Ltd - common stock | | | | | Buy | 01/19/11 | J | | |
| 965. | | | | | Sold | 02/10/11 | J | A | |
| 966. - Avery Dennison Corporation - common stock | | | | | Buy | 02/03/11 | J | | |
| 967. - United Technologies Corp. - common stock | | | | | Buy | 02/03/11 | J | | |
| 968. | | | | | Sold | 02/10/11 | J | A | |
| 969. - Abbott Laboratories - common stock | | | | | Buy | 02/10/11 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy (add'l) | 06/10/11 | J | | |
| 971. - Altria Group Inc. - common stock | | | | | Buy | 02/10/11 | J | | |
| 972. - BCE Inc. (New) - common stock | | | | | Buy | 02/10/11 | J | | |
| 973. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 974. - Centurylink Inc. - common stock | | | | | Buy | 02/10/11 | J | | |
| 975. - Cincinnati Financial Ohio - common stock | | | | | Buy | 02/10/11 | J | | |
| 976. - Conocophillips - common stock | | | | | Buy | 02/10/11 | J | | |
| 977. - Dominion Res Inc. (New) - common stock | | | | | Buy | 02/10/11 | J | | |
| 978. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 979. | | | | | Sold (part) | 11/09/11 | J | A | |
| 980. - Duke Energy Corp Holding Co. - common stock | | | | | Buy | 02/10/11 | J | | |
| 981. - Hospitality Properties Trust Com SBI - common stock | | | | | Buy | 02/10/11 | J | | |
| 982. | | | | | Sold | 06/09/11 | J | | |
| 983. - Kimberly Clark Corp. - common stock | | | | | Buy | 02/10/11 | J | | |
| 984. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 985. - Eli Lilly & Co. - common stock | | | | | Buy | 02/10/11 | J | | |
| 986. | | | | | Buy (add'l) | 05/23/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - National Grid Transco PLC ADS - common stock | | | | | Buy | 02/10/11 | J | | |
| 988. - Nationwide Health Properties - common stock | | | | | Buy | 02/10/11 | J | | |
| 989. | | | | | Sold | 03/03/11 | J | A | |
| 990. - Reynolds American Inc. - common stock | | | | | Buy | 02/10/11 | J | | |
| 991. - Windstream Corp. - common stock | | | | | Buy | 02/10/11 | J | | |
| 992. - Unilever PLC (New) ADS - common stock | | | | | Buy | 02/10/11 | J | | |
| 993. - Total Fina Elf SA - common stock | | | | | Buy | 02/10/11 | J | | |
| 994. - Telefonica SA ADR - common stock | | | | | Buy | 02/10/11 | J | | |
| 995. - Southern Co. - common stock | | | | | Buy | 02/10/11 | J | | |
| 996. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 997. - Senior Housing Properties Trust SBI - common stock | | | | | Buy | 02/10/11 | J | | |
| 998. | | | | | Sold | 06/10/11 | J | A | |
| 999. - Columbia Select LG CP Growth Z - | | | | | Buy | 12/02/11 | K | | |
| 1000. - Invesco Developing Markets A - mutual fund | | | | | Buy | 02/10/11 | J | | |
| 1001. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 1002. - Nuveen Tradewinds Global All CP A - mutual fund | | | | | Buy | 02/10/11 | L | | |
| 1003. | | | | | Buy (add'l) | 05/23/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. - Royce Premier Service - mutual fund | | | | | Buy | 02/10/11 | K | | |
| 1005. | | | | | Buy (add'l) | 05/23/11 | K | | |
| 1006. - Thornburg Int'l Value A - mutual fund | | | | | Buy | 02/10/11 | L | | |
| 1007. | | | | | Buy (add'l) | 05/23/11 | K | | |
| 1008. - Virtus Insight Emerging Markets I - mutual fund | | | | | Buy | 02/10/11 | J | | |
| 1009. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 1010. - NetApp Inc. - common stock | | | | | Buy | 02/24/11 | J | | |
| 1011. - CME Group Inc. - common stock | | | | | Buy | 02/25/11 | J | | |
| 1012. - Human Genome Sciences Inc. - common stock | | | | | Buy | 03/01/11 | J | | |
| 1013. - United Parcel Service Inc. Class B - common stock | | | | | Buy | 03/16/11 | J | | |
| 1014. - Pikeville KY Hospital Impt Rev bond (PAN2) | | | | | Buy | 04/14/11 | J | | |
| 1015. | | | | | Sold | 04/20/11 | J | | |
| 1016. - Blackrock All CP Energy Res A - mutual fund | | | | | Buy | 06/01/11 | K | | |
| 1017. - Cohen & Steers Glb Rlty Foc A - mutual fund | | | | | Buy | 06/01/11 | J | | |
| 1018. - Eaton Vance Commodity Strat A - mutual fund | | | | | Buy | 06/01/11 | K | | |
| 1019. - Columbia Income Opport A - mutual fund | | | | | Buy | 12/16/11 | J | | |
| 1020. - ING Global Real Estate A - mutual fund | | | | | Buy | 06/01/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. - ING Global Real Estate FD I - mutual fund | | | | | Buy | 12/16/11 | J | | |
| 1022. - Hartford Floating Rate I - mutual fund | | | | | Buy | 12/16/11 | J | | |
| 1023. - Pimco Comm Real Ret Strat A - mutual fund | | | | | Buy | 06/01/11 | K | | |
| 1024. - Metropolitan West HI YLD Bd M - mutual fund | | | | | Buy | 12/16/11 | J | | |
| 1025. - RS Global Natural Res A - mutual fund | | | | | Buy | 06/01/11 | K | | |
| 1026. -- Virtus Senior Floating Rate I - mutual fund | | | | | Buy | 12/16/11 | J | | |
| 1027. - Nike Inc. B - common stock | | | | | Buy | 06/07/11 | J | | |
| 1028. - Deere & Co. - common stock | | | | | Buy | 06/10/11 | J | | |
| 1029. - Cameron International Corp. - common stock | | | | | Buy | 06/23/11 | J | | |
| 1030. | | | | | | | | | |
| 1031. | | | | | | | | | |
| 1032. POWER OF ATTORNEY - ▓▓▓ TRUST | G | Int./Div. | P1 | T | | | | | See note in Part VIII |
| 1033. - Highmark CA Tax Free Money Market | | | L | T | | | | | |
| 1034. - Edison International - common stock | A | Dividend | J | T | | | | | |
| 1035. - Exelon Corp. - common stock | A | Dividend | J | T | | | | | |
| 1036. - Marathon Oil Corp. - common stock | A | Dividend | K | T | | | | | |
| 1037. - Marathon Petroluem Corp - common stock | A | Dividend | J | T | Spinoff (from line 1036) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 65 of 68

Name of Person Reporting
MORROW, MARGARET M.

Date of Report
08/29/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. - United States Steel Corp. - common stock | A | Dividend | J | T | | | | | |
| 1039. - Salinas Calif Un High School Dist - muni. bond (6CY4) | | | M | T | Redeemed | 06/01/11 | M | C | |
| 1040. - California St Economic Recovery - muni. bond (JLP4) | D | Interest | M | T | Redeemed | 07/01/11 | L | | |
| 1041. - California St Economic Recovery - muni. bond (JLT6) | A | Interest | J | T | Redeemed | 07/01/11 | J | | |
| 1042. - Lake Elsinore CA Pub Fing - muni. bond (2DM4) | C | Interest | M | T | Redeemed | 09/01/11 | L | | |
| 1043. - California St Various Purp - muni. bond (PYM8) | D | Interest | N | | Redeemed | 12/01/11 | N | | |
| 1044. - Vallejo City Calif. Uni School Dist. - muni. bond (1BT3) | | | M | W | | | | | |
| 1045. - California St Economic Recovery - muni. bond (JFZ9) | D | Interest | M | W | | | | | |
| 1046. - Sacramento Cnty Calif. Arpt Sys - muni. bond (7HK1) | C | Interest | M | W | | | | | |
| 1047. - Twin Rivers Calif Uni Sch. Dist - muni bond (UAA5) | | | N | W | | | | | |
| 1048. - Loma Linda Calif Redev Agy Tax - muni. bond (4CE6) | C | Interest | M | W | | | | | |
| 1049. - California State GO Ref Bds Series - muni. bond (PR95) | A | Interest | K | W | | | | | |
| 1050. - Santa Clara Calif Redev Agy Tax - muni. bond (3EV9) | | | M | W | | | | | |
| 1051. - Madera Calif Redev Agy Tax Rev - muni. bond (4BW6) | C | Interest | M | W | | | | | |
| 1052. - North City West Calif Sch Facs Fing - muni. bond (0DK2) | D | Interest | M | W | | | | | |
| 1053. - San Jacinto Calif Uni Sch Dist - muni. bond (2CV0) | D | Interest | N | W | | | | | |
| 1054. - San Diego Calif Uni Sch Dist - muni bond (5WG5) | D | Interest | N | W | Buy | 06/07/11 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | P3 =$25,000,001 - $50,000,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | S =Assessment | | |
| | | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. - Poway Calif. Uni Sch Dist Pub Fing - muni. bond (RAC1) | | | L | W | | | | | |
| 1056. - Calaveras Uni Sch Dist Calif. G O - muni. bond (4EJ5) | D | Interest | N | W | | | | | |
| 1057. - California St G O Bds Ser. 2008 - muni. bond (AZ80) | A | Interest | L | W | | | | | |
| 1058. - Oakland Calif Uni Sch Dist Alameda - muni. bond (5RK5) | D | Interest | N | W | | | | | |
| 1059. - Calif State Univ Red (CBJ2) - bond | | | M | W | Buy | 12/12/11 | M | | |
| 1060. - Modesto Calif IRR Dist CTFS Partn Cops " | | | M | W | Buy | 10/04/11 | M | | |
| 1061. - Mojave Calif Uni Sch Dist Sch Facs - muni. bond (5AL0) | D | Interest | N | W | | | | | |
| 1062. - Los Angeles Calif Uni Sch Dist GO - muni. bond (6QM7) | D | Interest | M | W | | | | | |
| 1063. - Taft Calif City Sch Dist Go Ref - muni bond | | | M | W | Buy | 07/13/11 | M | | |
| 1064. - General Electric Capital Corp - Corp bond | | | M | W | Buy | 12/15/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS AND TRUSTS

BROKERAGE ACCOUNT #1:

Page 14, Line 174: On March 17, 2011, Tyco Electronics Ltd. changed its name to Tyco Connectivity Ltd. New.

BROKERAGE ACCOUNT #2 - TRUST #1:

Page 40, Line 620: On May 21, 2010 Aegon NV ADR was sold, however, it was inadvertently omitted from the prior report of 2010.

Page 50, Line 783: On March 17, 2011, Tyco Electronics Ltd. changed its name to Tyco Connectivity Ltd. New.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MARGARET M. MORROW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544